UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZETTE BUERO,

       Plaintiff,                               Case No. 12-cv-12137

vs.

                                             HON. MARK A. GOLDSMITH

COMMISSONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER
ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE DATED DECEMBER 7, 2017 (Dkt. 22), AND GRANTING
PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)(1)
(Dkt. 15)**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Stephanie Dawkins Davis, issued on December 7, 2017 (Dkt. 22). In the R&R, the Magistrate Judge recommends that the Court grant Plaintiff Suzette Buero's motion for attorney fees pursuant to 42 U.S.C. § 406(b)(1) (Dkt. 15). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, the Court grants Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b)(1).

       SO ORDERED.

Dated: January 3, 2018                 s/Mark A. Goldsmith
Detroit, Michigan                    MARK A. GOLDSMITH
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 3, 2018.

                                                              s/Karri Sandusky  
                                                              Case Manager